UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH,
TERRY SUE CRAIG,
JACK CRAIG,
    Plaintiffs,

V.

MICHIGAN DEPARTMENT OF CORRECTIONS
    Defendant,
_____/

Case:2:12-cv-12788
Judge: Tarnow, Arthur J.
MJ: Michelson, Laurie J.
Filed: 06-26-2012 At 09:52 AM
PRIS SMITH, ET AL V MICHIGAN DEPARTMENT OF CORRECTIONS (EB)

## COMPLAINT

Now comes the Plaintiff, Derrick Lee Smith, In pro per and in the above entitled cause and brings this action to this District Court and seeks to bring a legal action against the Michigan Department of Corrections with all Plaintiffs being listed above, and states the following:

. The Court has Jurisdiction to review this Action as that the Co-Plaintiff Derrick Lee Smith resides in the County of Ionia, at the Michigan Reformatory, and the claims with which the Plaintiff is bringing to the court are claims that are based upon a Basis upon which relief can be granted.

2. Plaintiffs claims are claims seeking A Judgement of relief within this Court to grant the Plaintiff the relief upon which will be presented within the brief in support on behalf of Co-Plaintiffs.

Plaintiff respectfully requests that this court prove the Summons Forms so that plaintiff may file the Complaint with said Summons and then serve Said Summons and Complaint upon said Defendant. Plaintiff can be reached at the Address below.

I thank you for your assistance in this matter.

Sincerely,

*[signature: Derrick Lee Smith]*

Mr. Derrick Lee Smith

#267009-J-2-42

Michigan Reformatory

1342 West Main Street

Ionia, MI 48846

oner Name: Derrick Smith
oner Number: 267009-J2-42
-HIGAN REFORMATORY
? West Main St.
I, MI 48846

PLS

Clerk of THE Court
U.S. District Court
231 W. LaFayette Blvd
Detroit, MI 48226

U.S. POSTAGE >> PITNEY
ZIP 48846 $ 000.0
02 1W
0001371731 JUN 21

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| Case No. 12-12788    Judge: Arthur J. Tarnow    Magistrate Judge: Laurie J. Michelson | |
| **Name of 1st Listed Plaintiff/Petitioner:**<br>DERRICK SMITH, ET AL | **Name of 1st Listed Defendant/Respondent:**<br>MICHIGAN DEPARTMENT OF CORRECTIONS |
| **Inmate Number:** 267009 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Michigan Reformatory<br>1342 W. Main<br>Ionia, MI 48846<br>IONIA COUNTY | |

**BASIS OF JURISDICTION**
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____